1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   PEGGY S. DOYLE, SB# 176483
2  LAURA C. NEAGLEY, SB# 239645
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone: (415) 362-2580
4  Facsimile: (415) 434-0882

5  Attorneys for Defendants
   WACKENHUT CORRECTIONS CORPORATION, R.D. ANDREWS,
6  JOHN PENDLETON, H.J. GARDNER, TERRY CRAIG, BOB STIEFERT,
   MATTHEW HOLM, RAYLENE DOUGHERTY, F. BUCKHOLZ,
7  J. TOEWS, BARBARA STEWARD, T. BIANCO,
   GEORGINA PUENTES, AND JEFFREY CRUZ

8

9                          UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT OF CALIFORNIA

11

12
   PERRY A. McCULLOUGH                    ) CASE NO. 1:06CV00563 OWW LJO
13                                        )
              Plaintiff,                  )
14                                        ) **STIPULATION AND ORDER GRANTING**
       v.                                 ) **SUBSTITUTION OF ATTORNEYS**
15                                        ) **FOR DEFENDANTS WACKENHUT**
   FEDERAL BUREAU OF PRISONS,             ) **CORRECTIONS CORPORATION,**
16  WACKENHUT CORRECTIONS                 ) **TERRY CRAIG, RAYLENE**
   CORPORATION, DIRECTOR OF THE B.O.P.    ) **DOUGHERTY, GEORGINA**
17  HARLEY G. LAPPIN, DIRECTOR OF B.O.P.  ) **PUENTES, AND JEFFREY CRUZ**
   WESTERN REGION ROBERT HARO,            )
18  REGIONAL HEARING ADMINISTRATOR        )
   R.J. BALLASH, CENTRAL                  )
19  ADMINISTRATIVE COORDINATOR            )
   HARRELL WATTS, WARDEN R.D.             )
20  ANDREWS, WARDEN BERTA LOCKHART,       )
   ASSOCIATE WARDEN JOHN PENDLETON,       )
21  ASSOCIATE WARDEN H.J. GARDNER,        )
   EXECUTIVE ASSISTANT TO THE             )
22  WARDEN TERRY CRAIG, EXECUTIVE         )
   ASSISTANT TO THE WARDEN NICOLE         )
23  ENGLISH, MAJOR BOB STIEFERT,          )
   LIEUTENANT MATTHEW HOLM,               )
24  LIEUTENANT F. DOUGHERTY,              )
   LIEUTENANT F. BUCKHOLZ, UNIT           )
25  MANAGER J. TOEWS, ACTING UNIT         )
   MANAGER LT. CHERYL CRANMER, CASE       )
26  MANAGER COORDINATOR BARBARA           )
   STEWARD, DISCIPLINE HEARING            )
27  OFFICER T. BIANCO, DISCIPLINE         )
   HEARING OFFICER G. PUENTES, CASE       )
28  MANAGER J. CRUZ, ACTING SUPERVISOR)

4829-7025-8945.1                          -1-
STIP AND ORDER GRANTING SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS
WACKENHUT CORRECTIONS CORP, CRAIG, DOUGHERTY, PUENTES, AND CRUZ

1  OF EDUCATION ANA GONZALEZ,                )
   TEACHER SAM BROKENSHIRE, DOES 1           )
2  THROUGH 10,                               )
                                             )
3          Defendants.                       )
                                             )
4  _____      )

5  **TO:   THE ABOVE-ENTITLED COURT AND ALL PARTIES AND THEIR**

6  **        ATTORNEYS OF RECORD HEREIN:**

7          Defendants WACKENHUT CORRECTIONS CORPORATION, TERRY CRAIG,

8  RAYLENE DOUGHERTY, GEORGINA PUENTES, and JEFFREY CRUZ hereby request, and

9  counsel hereby consents, to replace Womble Carlyle Sandridge and Rice as its attorneys of record

10 with the following counsel in the above-entitled action:

11                          Peggy S. Doyle, SBN 176483
                            Laura C. Neagley, SBN 239645
12                          LEWIS BRISBOIS BISGAARD & SMITH
                            One Sansome Street, Suite 1400
13                          San Francisco, CA 94104
                            Telephone: (415) 362-2580
14                          Facsimile: (415) 434-0882
                            E-Mail: doyle@lbbslaw.com
15
           I hereby consent to said substitution.
16
           DATED: _____        WACKENHUT CORRECTIONS CORPORATION
17

18                                           By _____ (Name)
                                                _____ (Title)
19

20         DATED: _____        _____
   LEWIS BRISBOIS BISGAARD & SMITH LLP        TERRY CRAIG
   ONE SANSOME STREET, SUITE 1400
21

22         DATED: _____        _____
                                             RAYLENE DOUGHERTY
23

24         DATED: _____        _____
                                             GEORGINA PUENTES
25

26         DATED: _____        _____
                                             JEFFREY CRUZ
27

28

4829-7025-8945.1                            -2-
STIP AND ORDER GRANTING SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS
WACKENHUT CORRECTIONS CORP, CRAIG, DOUGHERTY, PUENTES, AND CRUZ

1    I hereby consent to said substitution.

2        DATED: _____        WOMBLE CARLYLE SANDRIDGE and RICE

3

4                                       By _____
                                              James R.Morgan
5                                             Attorneys for Defendants

6    I hereby accept said substitution.

7        DATED: _____        LEWIS BRISBOIS BISGAARD & SMITH LLP

8

9                                       By _____
                                              Peggy S. Doyle
10                                            Attorneys for Defendants

11

12                              **ORDER**

13       Pursuant to the above stipulation, the Court hereby approves and orders the substitution of

14   counsel as set forth herein.

15       IT IS SO ORDERED.

16   **Dated:    December 5, 2006**              _____/s/ Oliver W. Wanger_____
     emm0d6                                    UNITED STATES DISTRICT JUDGE
17

18

19

20
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ONE SANSOME STREET, SUITE 1400
21

22

23

24

25

26

27

28

4829-7025-8945.1                          -3-