UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY A. McCULLOUGH,  | 1:06-cv-00563-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 13) |
| vs. | **ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER** (Doc. 8) |
| FEDERAL BUREAU OF PRISONS, et al., | |
| Defendants. | |

Perry A. McCullough ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 28, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On November 7, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis. Conclusory
6 assertions about conditions at a prison in another district do
7 not provide a basis for injunctive relief.  Absent a showing that
8 this case has some connection with the Eastern District of
9 California, this case should be transferred to the Central
10 District of California, where the Terminal Island federal prison
11 is located.
12    Accordingly, IT IS HEREBY ORDERED that:
13    1.   The Findings and Recommendations, filed September 28,
14 2006, are ADOPTED IN FULL; and,
15    2.   Plaintiff's Motion for Temporary Restraining Order,
16 filed September 20, 2006, is DENIED.
17 IT IS SO ORDERED.

**Dated:    December 16, 2006**              /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE

2