UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY A. McCULLOUGH, | 1:06-cv-00563-OWW-GSA(PC) |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT |
| vs. | |
| FEDERAL BUREAU OF PRISONS, et al., | (DOCUMENT #56) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). On November 12, 2008, plaintiff filed a motion to extend time to file a second amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file a second amended complaint, pursuant to the court's order of October 17, 2008.

IT IS SO ORDERED.

Dated: **November 20, 2008**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE