# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY ADRON McCULLOUGH, | 1:06-cv-00563-OWW-GSA-PC |
| Plaintiff, | ORDER DENYING REQUEST FOR STATUS HEARING |
| v. | (Doc. 67.) |
| FEDERAL BUREAU OF PRISONS, et al., | ORDER FOR CLERK TO SEND DOCKET SHEET TO PLAINTIFF |
| Defendants. | |

Perry Adron McCullough ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). Plaintiff filed this action on May 11, 2006. (Doc. 1.) On March 30, 2009, plaintiff filed a second amended complaint, upon which this case proceeds. (Doc. 62.) On May 20, 2010, plaintiff filed a request for a status hearing. (Doc. 67.).

Plaintiff expresses concern that he has not received recent communication from the court, particularly since he was moved from one correctional facility to another. Plaintiff is currently incarcerated at the Federal Correctional Institution in Safford, Arizona.

Plaintiff will receive all orders issued in his case as long as he keeps the court apprised of his current address. The court received plaintiff's notice of change of address on May 10, 2010, and changed his address-of-record to the Safford, Arizona address. In lieu of scheduling a status

hearing, the court shall direct the Clerk to send plaintiff a copy of the docket sheet for his case, showing all activity in his case.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a status hearing is DENIED; and
2. The Clerk is directed to send plaintiff a copy of the docket sheet for his case.

IT IS SO ORDERED.

Dated:  May 24, 2010              /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE