# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY ADRON MCCULLOUGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-00563-OWW-GBC PC<br><br>ORDER RE NOTICE OF DISASSOCIATION OF COUNSEL<br><br>(Docs. 70-83) |

　　　Plaintiff Perry Adron McCullough ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.  Plaintiff filed this action on February 24, 2005, in the United States District Court for the District of Columbia.  (Doc. 1, attach. 1.)  The action was transferred to the Eastern District on May 11, 2006.  (Doc. 1.)

　　　On September 10, 2010, the attorney of record for Defendants Wackenhut Corrections Corporation, R. D. Andrews, John Pendleton, H. J. Gardner, Terry Craig, Bob Stieffert, Matthew Holm, Raylene Dougherty, F. Buckholz, J. Toews, Barbara Steward, T. Bianco, Georgina Puentes, and Jeffrey Cruz filed a notice of disassociation of counsel requesting they be removed from the service list.

　　　An attorney may not withdraw as counsel except by leave of court.  A motion to withdraw as counsel of record must be made upon written notice to the client and all other parties.  Local Rule

1  182 (d); Cal. R. Prof. Conduct 3-100(A)(1).  The attorney of record shall continue until relieved by
2  an order of the Court.  Local Rule 182(d).
3      Defendants are hereby notified that the disassociation of counsel is not effective to withdraw
4  them from this action.  In order to withdraw from the action, Defendants need to file a motion to
5  withdraw or a substitution of counsel containing the signatures of Defendant, the outgoing attorney
6  of record, and the incoming attorney of record.
7      IT IS SO ORDERED.
8
9  Dated:    October 12, 2010                                                            _____
                                                                             UNITED STATES MAGISTRATE JUDGE