# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY ADRON MCCULLOUGH, | CASE NO. 1:06-cv-00563-OWW-GBC PC |
| Plaintiff, | ORDER DENYING REQUEST FOR COURT TO SCREEN PLAINTIFF'S COMPLAINT AS MOOT |
| v. | |
| FEDERAL BUREAU OF PRISONS, et al., | (Doc. 85) |
| Defendants. | |

Plaintiff Perry Adron McCullough ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. On October 25, 2010, Plaintiff filed a request for screening of the second amended complaint. (Doc. 85.)

The Court has screened Plaintiff's complaint and a finding and recommendations is being issued separately. Plaintiff's request for screening of the second amended complaint is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   December 6, 2010

UNITED STATES MAGISTRATE JUDGE

1