1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  PERRY ADRON MCCULLOUGH,

10              Plaintiff,

11  v.

12  FEDERAL BUREAU OF PRISONS, et al.,

13              Defendants.

14  _____/

CASE NO. 1:06-cv-00563-OWW-GBC (PC)

ORDER REQUIRING DEFENSE COUNSEL
MATTHEW EDWARD FLETCHER FILE A
RESPONSE TO MOTION TO WITHDRAW
AS ATTORNEY

(ECF No. 89)

RESPONSE DUE WITHIN 15 DAYS

15
16                              **ORDER**
17

18       On December 27, 2010, a Motion to Withdraw as Attorney was filed by Defendant

19  Federal Bureau of Prisons.  (ECF No. 89.)  The Motion requests that Lewis Brisbois

20  Bisgaard & Smith LLP be relieved as attorney of record for Defendants Wackenhut

21  Corrections Corporation, R.D. Andrews, John Pendleton, H.J. Gardner, Terry Craig, Bob

22  Stiefert, Matthew Holm, Raylene Dougherty, F. Buckholz, J. Toews, Barbara Steward, T.

23  Bianco, Georgina Puentes, and Jeffrey Cruz.  The Motion states that Matthew E. Fletcher

24  of McCormick Barstow, LLP has been representing Defendants since March 22, 2010.

25  The Court would like Defense Counsel Matthew Edward Fletcher to respond to the Motion

26  to Withdraw either notifying the Court that this is correct or voicing opposition.

27  //

28  ///

1

1    Accordingly, Defense Counsel <u>Matthew Edward Fletcher</u> must file an opposition or

2  a statement of non-opposition to Defendant's Motion to Withdraw as Attorney within **fifteen**

3  **(15) days** of the date of this Order.

4

5  IT IS SO ORDERED.

6

   Dated:    June 6, 2011

7                                                          UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28