# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY ADRON MCCULLOUGH, | CASE NO. 1:06-cv-00563-OWW-GBC (PC) |
| Plaintiff, | |
| v. | ORDER REQUIRING ALL DEFENDANTS, EXCEPT THE FEDERAL BUREAU OF PRISONS, TO FILE AN ANSWER |
| FEDERAL BUREAU OF PRISONS, et al., | |
| Defendants. | RESPONSE DUE WITHIN 45 DAYS |

**ORDER**

On December 29, 2010, the Court adopted the Findings and Recommendation of the Magistrate Judge finding cognizable claims against Defendants Federal Bureau of Prisons, R.D. Andrews, John Pendleton, H.J. Gardner, Terry Craig, Bob Stiefert, Matthew Holm, Raylene Dougherty, F. Buckholz, J. Toews, Barbara Steward, T. Bianco, Georgina Puentes, and Jeffrey Cruz. (ECF No. 91.) Service was then ordered on January 24, 2011. (ECF No. 94.) All named Defendants are represented by counsel, which means that they were notified that the case was proceeding through the electronic filing system. Defendant Bureau of Prisons is the only Defendant who has filed any type of responsive pleading. (ECF No. 97.)

The Court notes that there is some confusion about who is representing each Defendant. (ECF No. 89.) The Court also notes that it previously ordered that Defendants need not respond. (ECF No. 24.) However, now that the action has been screened and cognizable claims have been found, all Defendants, except the Federal Bureau of Prisons,

are ORDERED to file an answer to Plaintiff's Second Amended Complaint filed March 30, 2009 (ECF No. 62).

Accordingly, Defendants R.D. Andrews, John Pendleton, H.J. Gardner, Terry Craig, Bob Stiefert, Matthew Holm, Raylene Dougherty, F. Buckholz, J. Toews, Barbara Steward, T. Bianco, Georgina Puentes, and Jeffrey Cruz must file an answer or other responsive pleading to Plaintiff's Second Amended Complaint. Defendants will be given **forty-five (45) days** from the date of this Order to file such pleading.

IT IS SO ORDERED.

Dated:   June 6, 2011

UNITED STATES MAGISTRATE JUDGE